# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

MATTHEW HUSKEY                                          PLAINTIFF

v.                                                   No. 1:17CV140-JMV

MARSHALL FISHER, ET AL.                                DEFENDANTS

## ORDER SETTING STATUS CONFERENCE

This matter comes before the court on remand from the Fifth Circuit Court of Appeals for a determination of the timeliness of the plaintiff's motion [140] under Fed. R. Civ. P. 59(e) to alter or amend judgment, which could ultimately bear on the Fifth Circuit's determination of the timeliness of the plaintiff's notice of appeal [151]. In an order appointing the plaintiff counsel, this court identified six issues for the parties to present to resolve whether the Rule 59(e) motion was timely. To aid in the process, the court will set a status conference so the parties can discuss what, if any, discovery may be required, a reasonable timeframe to collect documents and present briefs to the court, and any other matters regarding the issues relevant to the remand. As such, the court **SETS** the Telephonic Status Conference for **Tuesday, July 13, 2021, at 10:00 a.m.**.

**SO ORDERED**, this, the 9th day of July, 2021.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE