IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **MATTHEW HUSKEY** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO. 1:17-cv-140-SA-JMV** |
| **MARSHALL FISHER, ET AL.** | **DEFENDANTS** |

### ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE

This cause is before the Court on the parties' Joint Motion to Extend Discovery Deadline (docket entry 171). Having considered the request, and recognizing that the parties are in agreement, the Court finds that it is well taken and should be granted.

It is, therefore, ordered and adjudged that the discovery deadline in this matter is hereby extended until February 1, 2022.

**SO ORDERED**, this, the 12th day of November, 2021.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE